cCormack against Charles E. Coddington and hers. No opinion. Motion granted. Questions certified as stated in memorandum.

McCULLOM, Appellant, v. CARR et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action Ellen McCullom against William J. Carr and others, as members of and constituting the board of health of the city of Newburgh. N. Y. No opinion. Interlocutory judgment affirmed, with costs.

McGUINESS, Appellant, v. ALLISON REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Denis McGuinness against the Allison Realty Company and others. A. Ofner, for appellant. T. Connoly, for respondents. No opinion. Judgment (93 N. Y. Supp. 267) affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. Order filed.

McINTOSH, Appellant, v. MOORE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by Daniel McIntosh against Webster P. Moore and others. No opinion. Judgment affirmed, with costs.

MACK, Respondent, v. HILSINGER, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1906.) Action Mary E. Mack against Thomas J. Hilsinger. No opinion. Order affirmed, with $10 costs and disbursements, unless appellant, within 20 days from notice of this decision, pays to the attorney for the respondent $10 costs and the printing disbursements upon this appeal, and gives notice that he withdraws this appeal, which he may do upon the terms stated.

McMANUS, Respondent, v. ST. REGIS PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Charles McManus, an infant, &c., against the St. Regis Paper Company. PER CURIAM. Judgment and order affirmed, with costs, on opinion of McLennan, P. J. in same case on former appeal, reported 7 App. Div. 29, 94 N. Y. Supp. 932. WILLIAMS and NASH, JJ., dissent on authority of Foster v. International Paper Co., 8 N. Y. 45, 75 N. E. 933.

MAHONEY, Appellant, v. HARLAM, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action James J. Mahoney against Moses Harlam. opinion. Judgment affirmed, with costs.

MALONE, Respondent, v. YONKERS R. &c., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Ellen Malone against the Yonkers Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

MARK, Respondent, v. KRIPPENDORF et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by J. Howard Mark against Albert Krippendorf and another.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
HISCOCK, J., not sitting.

MARLETT et al., Respondents, v. TUMPOWSKI et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Arthur V. Marlett, and others against Lena Tumpowski, and others. No opinion. Judgment affirmed, with costs.

MARTENS, Respondent, v. TIEDEMANN, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by Claus Henry Martens against Henry Tiedemann. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

MARX, Respondent, v. McKENZIE, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by George F. Marx against Anna McKenzie. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

MARX, Respondent, v. McKENZIE. Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by George F. Marx against Anna McKenzie. No opinion. Order of the County Court of Kings county affirmed, with costs.

MEAD, Appellant, v. NEW YORK LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Helena O. Mead against the New York Life Insurance Company. No opinion. Interlocutory judgment affirmed, with costs.

MINK, Appellant, v. MINK, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Edwin R. Mink against Fred L. Mink. No opinion. Motion to dismiss appeal granted, with $10 costs.

MULVILLE v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by Michael Mulville against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs. Order filed.